IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROADCAST MUSIC, INC., HOUSE OF CASH, INC., WARNER-TAMERLANE PUBLISHING CORP., ELEKSYLUM MUSIC, INC., NO SURRENDER MUSIC, a Division of Praxis International Communications, Inc.; SONY/ATV SONGS LLC, POST OAK PUBLISHING, NOTHING BUT THE WOLF MUSIC, SONGS OF UNIVERSAL, INC., SHAWN CAMP MUSIC, TOKECO TUNES, UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC., SINNERLINA, and EMI CONSORTIUM SONGS, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>MADNES LLC, d/b/a STILL CENTERFIELD; KRISTINA S. HAYNES, KYM A. HAYNES, and LINDA S. PATCHEN; <br><br>Defendants. | 8:18CV33 <br><br>ORDER |

This matter comes before the Court on the Joint Motion for Extension of Progression Order ([Filing No. 52](Filing No. 52)). After review of the motion, the Court finds good cause to extend the case progression deadlines. Accordingly,

**IT IS ORDERED** that the parties' Joint Motion for Extension of Progression Order ([Filing No. 52](Filing No. 52)) is granted, and the follow deadlines are continued:

1. **The two (2) day jury trial** is set to commence, at the Court's call, during the week of **August 20, 2019**, in **Omaha**, **Nebraska,** before the **Honorable Laurie Smith Camp**, Senior United States District Judge. Unless otherwise ordered, jury selection shall be at the commencement of trial.

2. The Pretrial Conference is rescheduled for **August 5, 2019**, at **11:00 a.m**., and will be conducted in chambers before the undersigned magistrate judge. The parties' proposed Pretrial

Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov, in Word format, by **3:00 p.m. July 29, 2019**.

Dated this 5th day of February, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge